IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

LARRY DECKER                                                                    PLAINTIFF

VS.                                                                      No. 1:04CV352-D-D

SIMPLICITY MANUFACTURING, INC.
D/B/A SNAPPER, INC.                                                             DEFENDANT

ORDER GRANTING MOTION FOR SUMMARY JUDGMENT

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1) the Defendant's motion for summary judgment (docket entry 32) is GRANTED; and

(2) this case is CLOSED.

All itemizations, declarations, and other materials considered by this Court in ruling on this motion are hereby incorporated into and made a part of the record of this action.

SO ORDERED, this the 30th day of January 2006.

/s/ Glen. H. Davidson
Chief Judge